**SCOTT & WHITE HEALTH PLAN,**
Plaintiff–Appellant,

v.

**OFFICE OF PERSONNEL MANAGE-
MENT, Defendant–Appellee.**

No. 05–1356.

United States Court of Appeals,
Federal Circuit.

June 24, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).